1  Your Name: Lonnie Govan
2  Address: 3006 37th Av
3  Oakland CA, 94605
4  Phone Number: 510-963-7155
5  Email Address: lonnie.govan@gmail.com
6  Pro Se

FILED
AUG 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☒ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

Berk Street Enterprises, Inc

Plaintiff,

v.

Bravo Personal CARE LA LLC et al

Defendant.

Case No. 3:24-CV-08841-RFL

[NAME OF DOCUMENT]
Status Report.

Judge: Hon. Rita F. Lin.

[DOCUMENT TITLE] _____
PAGE ___ OF ___
JDC TEMPLATE, UPDATED 11/2024

08-08-2025

To: The Honorable Judge Rita F. Lin
From: Lonnie Govan-Mendoza
Date: August 8, 2025
Case Number: 3:24-CV-08841-RFL

I. Introduction
This report outlines the steps taken to comply with the preliminary injunction issued on June 10, 2025.

II. Actions Taken
1. National Provider Identifier (NPI) Application - Date Submitted: June 23, 2025
 - A request for a National Provider Identifier was submitted, and I have been assigned a new NPI number. This identifier is crucial for compliance and operational purposes.

2. License update
- Submitted the required documents and a money order to the California Department of Social Services for the issuance of new license.
- Contact Person: Mike Drake, HCO Analyst
- License: I received confirmation on August 6th my new license would be issued on August 6th and mailed to me.

3. Business Registration
- Filed the necessary amendments to my business formation with the California Secretary of State.
- Submission Date: June 13, 2025
- Accepted Date: July 2, 2025
See attachment form:

4. Certificate of liability insurance
-Received: June 19, 2025

5. TRIWEST: Spoke to TRIWEST on August 6th and they reported that I will have my name changed by Thursday August 7th.

6. Established name change with my bank and tax person.

7. Handed business cards to clients and their family members.

08-08-2025

III. Conclusion

I remain committed to complying with the court's injunction and will continue to update the court on my progress. Thank you for your consideration.

08-08-2025