D. Alexander Floum, Esq., SBN 152287
LAW OFFICES OF D. ALEXANDER FLOUM
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
(925) 818-1702
attorney@email.com

Attorneys for Plaintiff, BERK STREET ENTERPRISES INC., a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERK STREET ENTERPRISES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRAVO PERSONAL CARE LA LLC, a California limited liability company; LONNIE GOVAN-MENDOZA, an individual; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO.: 3:24-CV-08841-RFL <br><br> SUPPLEMENTAL DECLARATION OF JANET PHILLIPS IN SUPPORT OF MOTION FOR CONTEMPT DUE TO VIOLATION OF PRELIMINARY INJUNCTION <br><br> Date: August 12, 2025 <br> Time: 10:00 a.m. <br> Dept: Courtroom 15 <br> Judge: Hon. Rita F. Lin |

I, Janet Phillips, declare:

1. I am President of Plaintiff, BERK STREET ENTERPRISES, INC., a California corporation ("Plaintiff").

2. I have personal knowledge of the facts stated herein, except as alleged on information and belief, and if called upon to testify and placed under oath, I could and would competently testify to these facts.

///

///

3. On August 12, 2025, I spoke with the U.S. Department of Veterans Affairs ("VA").

4. The VA employee informed me that the VA still lists LONNIE GOVAN-MENDOZA's organization as BRAVO PERSONAL CARE LA.

5. GOVAN-MENDOZA has not changed his trade name with the VA.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on the 12th day of August, 2025, Gold River, California.

*Janet Phillips*
Janet Phillips