1

Your Name: _Lonnie Govan_

2

Address: _3006 57th Ave_

3

_____

4

Phone Number: _510 963 7155_

5

Email Address: _lonniegovan@gmail.Com_

6

Pro Se

**FILED**

AUG 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

# UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

Division [check one]:  ☐ San Francisco  ☒ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

10

11

_Berk Street Enterprise, INC., a_

12

_California corporation_

13

Plaintiff,

14

v.

15

_Bravo Personal CARE LA LLC., a_

16

_California limited liability company_

17

_Lonnie Govan-Mendoza an individual & DOES_

18

Defendant.

Case No. _3:24-CV-08841 - RFL_

**[NAME OF DOCUMENT]**

_Declaration by Submission of_

_proof._

Judge: Hon. _Rita F. Lin._

RECEIVED
2025 AUG 18 P 4:10
CLERK, U.S DISTRICT COURT
NO. DIST. OF CA.

19

20

21

22

23

24

25

26

27

28

[DOCUMENT TITLE] _____

PAGE ___ OF ___                        JDC TEMPLATE, UPDATED 11/2024

FP® US POSTAGE
$ 00.69⁹
First-Class - MI
ZIP 13214
06/20/2025
032A 006181917 0

**Bonds***Express.com*
5793 Widewaters Parkway
STE 230
Syracuse, NY 13214

**Surety Bonds**

United Personal Care, LLC
23 Orinda Way
Orinda, CA 94563

State of California – Health and Human Services Agency

California Department of Social Services

101546482

# HOME CARE ORGANIZATION DISHONESTY BOND

*(Original sent to the Home Care Services Bureau at 744 P Street, M.S. 9-14-90, Sacramento, CA 95814)*

| Home Care Organization Applicant/Licensee ("*Licensee*") Name | | | |
|---|---|---|---|
| United Personal Care, LLC | | | |

| Home Care Organization Applicant/Licensee Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 23 Orinda Way | Orinda | California | 94563 |

| Surety Company | Area Code/Telephone |
|---|---|
| Merchants Bonding Company (Mutual) | (800) 678-8171 |

| Surety Company Address | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 14498 | Des Moines | IA | 50306-3498 |

| Local Agent Name | Area Code/Telephone |
|---|---|
| Ralf K Rigo | (800) 331-5453 |

Home Care Organization Name (*If doing business in name other than that of Applicant/Licensee listed above*)

| Home Care Organization Address (*If different from that of Applicant/Licensee*) | City | State | Zip Code |
|---|---|---|---|
| 23 Orinda Way | Orinda | CA | 94563 |

Home Care Organization Number (*If applicable*)

BE IT KNOWN THAT:

Licensee, as Principal, and Bonding Company, as Surety, are held and firmly bound to the State of California for the use and benefit of Licensee's clients or members of their household (collectively referred to as "Clients"). In the amount of $10,000.00_____, for the payment of which the Principal and Surety bind themselves, their respective heirs, successors and assigns, jointly and severally;

WHEREAS Health and Safety Code Sections 1796.37(a)(4) and 1796.42(d) require certain applicants for license as a Home Care Organization to maintain a bond against employee dishonesty that includes third party coverage; and

WHEREAS the Licensee has applied to operate a Home Care Organization;

NOW, THEREFORE, the Surety is liable on this bond in the event that any Clients are damaged by any dishonest or fraudulent act, including but not limited to theft, embezzlement, conversion or common law fraud or deceit by Principal or the Principal's employees.

Any Clients of the Principal, damaged as a result of the dishonest or fraudulent acts of the Principal or the Principal's employees, may file a claim with the Surety or bring an action in a proper court on the bond for the amount of damages suffered thereby to the extent covered by the bond.

Regardless of the number of years this bond is in effect, the number of licensee renewal terms, the number of premiums paid, or the number of claims made, the Surety's aggregate liability shall not be more than the penal sum of this bond.

This bond may be canceled by the Surety in accordance with Code of Civil Procedure section 996.330, and notice of cancellation must be sent in accordance with Code of Civil Procedure section 996.320 to the attention of the California Department of Social Services, Home Care Services Bureau. This bond is effective as of (Date)_____June 19, 2025_____, and remains in effect as long as the license is valid.

## I certify under penalty of perjury under the laws of the State of California.

| Surety Company Signature | Bond Number | Date |
|---|---|---|
| | 101546482 | June 20, 2025 |

| Name of Attorney in Fact for Surety Company | Signature of Attorney in Fact for Surety Company |
|---|---|
| James A. Holter | |

| Principal | Signature of Principal | Date |
|---|---|---|
| | | June 20, 2025 |

HCS 402 (2/19)

Page 1 of 1

## ACKNOWLEDGEMENT OF SURETY

STATE OF _____ Iowa _____ )

COUNTY OF _____ Dallas _____ )

On this  20th  day of _____ June _____ , in the year __ 2025 __ , before me personally appeared _____ James A. Holter _____ ,

Attorney-in-Fact _____ of _____ Merchants Bonding Company (Mutual) _____ known to me to be the person whose name is subscribed to the instrument, and acknowledge that he/she executed the same.

In WITNESS WHEREOF, I have hereunto set my hands and affixed my official seal, the day and year in this certificate first above written.

NOTARIAL SEAL
IOWA
**Penni Miller**
Commission Number 787952
My Commission Expires
January 20, 2027

_____ , Notary Public

Penni Miller

My commissions expires: January 20, 2027 _____

SUP 0161 (7/17)



# MERCHANTS
## BONDING COMPANY™
## POWER OF ATTORNEY

Know All Persons By These Presents, that MERCHANTS BONDING COMPANY (MUTUAL) and MERCHANTS NATIONAL BONDING, INC., both being corporations of the State of Iowa, and MERCHANTS NATIONAL INDEMNITY COMPANY , an assumed name of Merchants National Bonding, Inc., (herein collectively called the "Companies") do hereby make, constitute and appoint, individually,

### James A. Holter

their true and lawful Attorney(s)-In-Fact, to sign its name as surety(ies) and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions    or proceedings allowed by law.

This Power-of-Attorney is granted and is signed and sealed by facsimile under and by authority of the By-Laws adopted by the Board of Directors of the Companies.

"The President, Secretary, Treasurer, or any Assistant Treasurer or any Assistant Secretary or any Vice President shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof."

"The signature of any authorized officer and the seal of the Company may be affixed by facsimile or electronic transmission to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be modified or revoked unless prior written personal notice of such intent has been given to the Commissioner - Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

In Witness Whereof, the Companies have caused this instrument to be signed and sealed this   20th   day of      June      , 2025 .



MERCHANTS BONDING COMPANY (MUTUAL)
MERCHANTS NATIONAL BONDING, INC.
MERCHANTS NATIONAL INDEMNITY COMPANY

By

*President*

STATE OF IOWA
COUNTY OF DALLAS ss.

On this   20th   day of      June      2025   , before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of MERCHANTS BONDING COMPANY (MUTUAL), MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY; and that the seals affixed to the foregoing instrument are the Corporate Seals of the Companies; and that the said instrument was signed and sealed in behalf of the Companies by authority of their respective Boards of Directors.



Penni Miller
Commission Number 787952
My Commission Expires
January 20, 2027

*Notary Public*

(Expiration of notary's commission
does not invalidate this instrument)

I, Elisabeth Sandersfeld, Secretary of MERCHANTS BONDING COMPANY (MUTUAL), MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said Companies, which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Companies on this   20th   day of      June      , 2025 .



*Secretary*

POA 0018 (5/25)

# CALIFORNIA CONSUMER PRIVACY ACT (CCPA)
# NOTICE AT COLLECTION

Last Updated: June 1, 2023

Merchants Bonding Company (Mutual) and Merchants National Indemnity Company, ("Merchants", "we", "us") is collecting your personal information to support its business operations, including for the business purposes described below.

View our full privacy notice at www.merchantsbonding.com/privacy and for more information about our California-specific policy, visit www.merchantsbonding.com/privacy/CCPA-disclosure.

## CATEGORIES OF INFORMATION COLLECTED

Depending on the nature of your relationship with Merchants, we may collect and use the following types of Personal Information, as categorized by the CCPA and described below:

- **Identifiers,** such as real name, alias, date of birth, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;
- **Personal information described in California Civil Code §1798.80(e),** such as name(s), signature, physical characteristics or description, telephone number, state identification card number, insurance policy or bond number, education, bank account number, financial information, medical information or health insurance information;
- **Characteristics of protected classification under California or federal law,** such as age, marital status and sex;
- **Commercial information,** such as FEIN, records of personal property, transaction information, and purchase history;
- **Biometric information,** such as fingerprints, for certain employees;
- **Internet or other similar electronic network activity information,** such as information regarding your use of our websites;
- **Geolocation data,** such as approximate location based on IP address;
- **Audio, electronic, visual, thermal, or similar information,** such as call and video recordings and information regarding your use of our websites;
- **Professional or employment-related information,** such as current or past job history, employment references, salary/wage, personnel number, position or job title, or professional memberships, qualifications and certifications, and criminal convictions;
- **Education information,** such as educational records and transcripts;
- **Transaction information,** such as balances, payment histories, parties to transactions, information from consumer reports, and other data collected in relation to our provision of insurance services;
- **Inferences** drawn from any of the Personal Information listed above to create a profile about, for example, an individual's preferences and characteristics;
- **Sensitive Personal Information,** as defined under the California Privacy Rights Act, such as Social Security Number, driver's license number, account log-in, racial or ethnic origin, union membership, and the contents of a consumer's mail, email and text message unless we are the intended recipient of the communication.

## YOUR PERSONAL INFORMATION MAY BE USED FOR THE FOLLOWING PURPOSES

We may use the Personal Information we collect for a number of purposes, including:

- Providing you with the services that you request, such as completing transactions, processing claims, or providing a quote for one of our products;
- Performing our services, such as underwriting, pricing and administering insurance coverage;
- Communicating with you, for example to respond to inquiries;
- Providing you with information, including communications and interest-based advertisements and marketing communications;
- Supporting employment, infrastructure, and human resource management;

SUP 0184 CA (6/23)

- Developing, operating, delivering, maintaining, improving, enhancing and protecting the services we provide;
- Monitoring, analysis, and research, including trends, usage, inferences, and advertising-related services;
- Enhancing the security of our services and complying with legal requirements, including fraud prevention, legal disputes, and applicable laws.

## SENSITIVE PERSONAL INFORMATION

Notwithstanding the purposes described above, we do not collect, use, or disclose "sensitive personal information" beyond the purposes authorized by the CCPA, including to perform services requested by you, providing our products and services, and ensuring the security and integrity of our business, infrastructure, and the individuals we interact with. This includes order processing and fulfillment, servicing accounts, establishing and maintaining employment relationships, providing customer service, verifying customer information, processing payments, and activities related to quality and safety control or product improvement.

## DISCLOSURE OF PERSONAL INFORMATION TO THIRD PARTIES AND OTHER RECIPIENTS

We may disclose all of the categories of Personal Information listed above to the following categories of third parties for our operational business purposes: service providers, third parties where required by law, such as disclosures to government agencies who regulate our business, law enforcement, and third parties who are involved in litigation with us. We also may disclose the following categories of Personal Information to authorized agents and brokers for our operational business purposes:

- Identifiers
- Personal information, as defined in the California disposal of records law
- Characteristics of protected classifications under California or federal law
- Commercial information
- Sensitive Personal Information
- Internet or network activity information
- Geolocation data
- Audio, electronic, visual, and similar information
- Professional or employment-related information
- Education
- Inferences

We do not provide your data to third parties in exchange for monetary consideration but during the past 12 months we may have disclosed data to certain third parties that provide us with services such as data analysis and improving our online services, which may fall under the definition of "consideration" and therefore be deemed a "sale" or "share" under the CCPA. We have disclosed the following categories of information to third parties for valuable (but not monetary) consideration: Identifiers; Commercial information; Internet or network activity information; geolocation data; audio, electronic, visual, and similar information.

We may also disclose Personal Information to a third party in the event of any reorganization, financing transaction, merger, sale, joint venture, partnership, assignment, transfer, or other disposition of all or any portion of our business, assets, or stock (including in connection with any bankruptcy or similar proceedings).

## HOW LONG WE RETAIN PERSONAL INFORMATION

The length of time that we intend to retain each category of Personal Information will depend on a number of criteria, including (i) the length of time we are required to retain Personal Information in order to comply with applicable legal and regulatory requirements, (ii) the length of time we may need to retain Personal Information in order to accomplish the business or commercial purpose(s) for which such Personal Information is collected, used or disclosed (as indicated in this Disclosure), and (iii) whether you choose to exercise your right, subject to certain exceptions, to request deletion of your Personal Information.

## NOTICE OF RIGHT TO OPT-OUT OF "SHARING" OR "SELLING" OF PERSONAL INFORMATION

You have the right to opt out of any future "sharing" or "selling" of your Personal Information for purposes of cross-context behavioral advertising. You can opt out in a frictionless manner by broadcasting an Opt-Out Preference Signal, such as the Global Privacy Control (GPC), or Do Not Track (on the browsers and browser extensions that support such signals). You can also opt out by selecting the Manage Cookies icon in the bottom left corner of our website and following the instructions in the menu to opt out of advertising cookies.

SUP 0184 CA (6/23)

**Secretary of State**
**Business Programs Division**
Business Entities
1500 11th Street, Sacramento, CA 95814
P.O. Box 944260, Sacramento, CA 94244-2600

# Business Entities Submission Cover Sheet

## For fastest service, file online at bizfileOnline.sos.ca.gov.

**Instructions:**

- Complete and include this form with your paper submission. This form will not be made part of the filed document.

- Make all **checks or money orders** payable to the Secretary of State.

- In-person submissions (excluding Statements of Information): $15 special handling fee. Do not include a $15 special handling fee when submitting documents by mail.

- All submissions are reviewed in the date order of receipt, with online submissions given priority. For updated processing time information, visit www.sos.ca.gov/business/be/processing-dates.

- To obtain a certified copy, include certification fees with your submission.

**Note: All correspondence related to your submission will be sent to the name and address on your check or money order.**

**Contact Person (Please type or print legibly):**

First Name: _Lonnie_          Last Name: _____

Phone Number: _____          Email: _____

**Entity Information (Please type or print legibly):**

Entity Name: _____

Entity Number (if applicable): _____

Comments: _____

_____

_____

Submission Cover Sheet (REV 03/2024)

**Secretary of State**
**Amendment to Articles of**
**Organization of a**
**Limited Liability Company (LLC)**

**LLC-2-NA**

*Name Change Only*

**Filing Fee  -  $30.00**

**Certification Fee (Optional)  -  $5.00**

**Note**: You must file a Statement of Information (Form LLC-12), to change the business address(es) of the LLC or to change the name or address of the LLC's manager(s) and/or agent for service of process, which can be filed online at bizfileOnline.sos.ca.gov.

This Space For Office Use Only

**1. LLC Exact Name** (Enter the exact name on file with the California Secretary of State.)



**2. LLC Entity (File) Number** (Enter the exact Entity (File) Number issued by the California Secretary of State.)

| 2 | | | 2 | | 3 | 7 | | | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**3. New LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State. The name must contain an LLC identifier such as LLC or L.L.C. "LLC" will be added, if not included.)

**Signature**

By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

Additional signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this Form LLC-2-NA. (All attachments should be 8 ½ x 11, one-sided, legible and clearly marked as an attachment to this Form LLC-2-NA.)

_____
Sign here

_____
Lonnie Grovan
Print your name here

LLC-2-NA REV 03/2022)

2022 California Secretary of State
bizfileOnline.sos.ca.gov

 

0005262705



# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

Bravo Personal Care LA LLC
3006 57TH AVE
OAKLAND, CA  94605

## Notice of Correction

May 14, 2025

**Entity Name:** Bravo Personal Care LA LLC
**Document Type:** Amendment
**Correction Number:** 0005262705
**Document Reviewed by:** Julie Billings
**Due Date to Avoid New Fees:**  06/13/2025

*Important!* To avoid additional processing fees, return this letter along with your corrected document.

Thank you for your recent submission. The above referenced document has been reviewed and does not meet legal compliance. The enclosed document(s) is being returned to you. You are strongly encouraged to utilize our online tools at bizfile.sos.ca.gov for faster service and to help avoid further need for corrections.

### Corrections Needed

The following corrections are needed before the submission can be filed:

**General**

- Item 1 - LLC Exact Name: Please correct the LLC name entered in Item 1 as it does not match the name of the LLC as it curently appears on record with this office,

- #3 – New LLC Name – New name must contain an LLC identifier and each letter must be suitable for imaging.

- A new form must be filled out as the form submitted is too faint and most of the information is not legible or suitable for imaging.  Every word on the form must be readable.

- For Notices of Corrections, your filing will have to be submitted by mail or dropped off at our Sacramento Office. Unfortunately, emailing filings to us is not an acceptable way of submission. Please mail the form to:   Secretary of State, P.O. Box 944260, Sacramento, CA 94244-2600

- NOTE:  Please attach this letter when you resubmit.  This is the only way to link your current payment to your resubmission.

- Due Date to Avoid New Fees is 30-days from the date of the first Notice of Correction.

- If you have any questions about this correction/rejection, I can be reached at: Julie.Billings@sos.ca.gov or



**Secretary of State**

**Amendment to Articles of Organization of a Limited Liability Company (LLC)**

*Name Change Only*

| LLC-2-NA |

---

**Filing Fee - $30.00**

**Certification Fee (Optional) - $5.00**

**Note:** You must file a Statement of Information (Form LLC-12), to change the business address(es) of the LLC or to change the name or address of the LLC's manager(s) and/or agent for service of process, which can be filed online at bizfileOnline.sos.ca.gov.

This Space For Office Use Only

---

**1. LLC Exact Name** (Enter the exact name on file with the California Secretary of State.)

Bravo Personal CARE LA LLC.

**2. LLC Entity (File) Number** (Enter the exact Entity (File) Number issued by the California Secretary of State.)

| 2 | 0 | 2 | 2 | 5 | 3 | 7 | 1 | 9 | 0 | 5 | 8 |

**3. New LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State. The name must contain an LLC identifier such as LLC or L.L.C. "LLC" will be added, if not included.)

United PERSONAL CARE LA. LLC

**Signature**

By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

Additional signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this Form LLC-2-NA. (All attachments should be 8 ½ x 11, one-sided, legible and clearly marked as an attachment to this Form LLC-2-NA.)

_____
Sign here

Lennie Govan
_____
Print your name here

LLC-2-NA REV 03/2022)

2022 California Secretary of State
bizfileOnline.sos.ca.gov

B37725-3536 06/13/2025 5:00 PM Received by California Secretary of State



# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

BRAVO PERSONAL CARE LA LLC
3006 57TH AVE
OAKLAND, CA 94605

## Notice of Rejection

June 16, 2025

**Entity Name:** BRAVO PERSONAL CARE LA LLC
**Document Type:** Amendment
**Document No.:** 0005309771
**Submission Date:** 06/13/2025
**Submission Time:** 05:00 PM

The above referenced document was reviewed and cannot be filed for the following reason(s):

- We are returning your filing as the name of the company is misspelled in Box #1 - PERSONAL, not PERSANAL

- When a submission is returned for correction(s), you are granted a 30-day correction period from the date of the first Notice of Correction letter . Unfortunately, that date (06/13/2025) has now passed. If you wish to proceed, then you must start all over and pay a new $30 filing fee.

- If you have any questions about this correction/rejection, I can be reached at: Julie.Billings@sos.ca.gov or work cell (916) 720-1522. Email is the preferred method of contact. Please provide the correction/rejection number from this notice, the entity name, and your phone number.   Thank you

***What's Next?***

If you wish to proceed, you may initiate a new submission by logging into your **biz**file Online account and complete the appropriate online filing submission and pay a new processing fee.

To avoid further delays, be sure to correct any previous errors.

If you desire expedited service, the expedited fee is available online and must be paid at the time of the new submission.

For further assistance, contact us at (916) 657-5448 or visit **biz**fileOnline.sos.ca.gov.