D. Alexander Floum, Esq., SBN 152287
LAW OFFICES OF D. ALEXANDER FLOUM
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
(925) 818-1702
attorney@email.com

Attorneys for Plaintiff, BERK STREET ENTERPRISES INC., a California corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERK STREET ENTERPRISES, INC., a California corporation, <br><br>Plaintiff,<br><br>v.<br><br>BRAVO PERSONAL CARE LA LLC, a California limited liability company; LONNIE GOVAN-MENDOZA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 3:24-CV-08841-RFL<br><br>STATUS REPORT REGARDING CONTEMPT<br><br>Dept: Courtroom 15<br>Judge: Hon. Rita F. Lin |

At the August 12, 2025 hearing on Plaintiff, BERK STREET ENTERPRISES, INC.'s Motion for Contempt, the Court ordered that Defendant, LONNIE GOVAN-MENDOZA ("GOVAN-MENDOZA") submit proof of timely compliance with the Preliminary Injunction. Specifically, the Court ordered GOVAN-MENDOZA, among other things, to:

(1)    prepare a declaration;

(2)    which includes proof of when he requested a name change with the California Department of Social Services; and

(3) which includes proof of when he requested a name change with TriWest (collectively the "Order").

GOVAN-MENDOZA violated the Order by:

(1) failing to submit an admissible declaration, even though the Court informed GOVAN-MENDOZA of the availability of pro se support;

(2) failing to include proof of when he requested a name change with the California Department of Social Services; and

(3) failing to include proof of when he requested a name change with TriWest (collectively the "Order").

Dated: August 21, 2025

Respectfully Submitted,

_____
D. Alexander Floum, Esq.
LAW OFFICES OF D. ALEXANDER FLOUM
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
(925) 818-1702
attorney@email.com

Attorneys for Plaintiff,
BERK STREET ENTERPRISES, INC.