UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERK STREET ENTERPRISES, INC., | Case No.  24-cv-08841-RFL |
| Plaintiff, | |
| v. | **ORDER REGARDING REDACTION AND TO SHOW CAUSE** |
| BRAVO PERSONAL CARE LA LLC, et al., | Re: Dkt. Nos. 95, 98, 99, 100 |
| Defendants. | |

In accordance with the Court's order to show cause, Plaintiff Berk Street has filed Dkt. Nos. 98, 99, and 100, which are redacted versions of Dkt. Nos. 77, 78, 86, and 88.  However, the newly filed redacted versions still appear to contain information capable of identifying patients—for example, phone numbers that, if entered into a search engine, can reveal the individuals associated with the numbers.  (*E.g.*, Dkt. No. 98 at 98; Dkt. No. 99 at 38.).  Accordingly, Plaintiff Berk Street shall file updated, further redacted versions of Dkt. Nos. 98, 99, and 100 by **March 27, 2026**.

The Court informed Defendant Lonnie Govan-Mendoza that his opposition to Berk Street's summary judgment motion (Dkt. No. 91) contained confidential patient information, and ordered him to respond whether his opposition should be sealed and, if it should be sealed, to file a redacted version on the public docket.  (Dkt. No. 95.)  Govan-Mendoza has neither responded to the Court's prior show cause order nor filed a redacted version of his opposition on the public

1

docket.  Defendant Govan-Mendoza is **ORDERED TO SHOW CAUSE** why sanctions should

not issue for his failure to respond to the Court's prior show cause order by **March 27, 2026**.

**IT IS SO ORDERED.**

Dated: March 20, 2026

RITA F. LIN
United States District Judge