UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERK STREET ENTERPRISES, INC.,

Plaintiff,

v.

BRAVO PERSONAL CARE LA LLC, et al.,

Defendants.

Case No. 24-cv-08841-RFL (AGT)

**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**

Re: Dkt. No. 153

Plaintiff has moved for default judgment against Defendant United Personal Care LLC, the company formerly known as Bravo Personal Care LA LLC. Dkt. 153. As part of the proposed judgment, Plaintiff seeks $99,654.75 in attorney's fees. Dkt. 153 at 9. Using Plaintiff's billing statements, *see* dkt. 154, Floum Decl., Exs. B–S, the Court couldn't calculate the same sum. The Court accordingly directs Plaintiff to file a supplement, detailing how the $99,654.75 amount was calculated. Preferably, Plaintiff should provide a chart that displays the monthly amounts that sum to $99,654.75. If Plaintiff didn't include certain time entries in the total, Plaintiff must identify which entries were excluded. Plaintiff must also clearly identify which fees were included in the amount that Judge Lin awarded after the

bench trial against Defendant Govan-Mendoza, *see* dkt. 150 at 7, and which fees are new.

Plaintiff's supplemental submission is due by September 29, 2026.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Alex G. Tse
United States Magistrate Judge