UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERK STREET ENTERPRISES, INC.,<br>Plaintiff,<br>v.<br>BRAVO PERSONAL CARE LA LLC, et al.,<br>Defendants. | Case No. 24-cv-08841-RFL<br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 162 |

The court has reviewed *de novo* Magistrate Judge Alex G. Tse's Report and Recommendation to grant Plaintiff Berk Street's Motion for Default Judgment and enter default judgment against Defendant United Personal Care ("UPC"), as well as the relevant filings in the docket, including the underlying briefing and supporting documentation. The Court has also reviewed UPC's objections (Dkt. No. 164), Berk Street's response and related filings (Dkt. Nos. 165–67), and UPC's reply (Dkt. No. 168).

UPC's objections are overruled. First, UPC may be held liable for Defendant Lonnie Govan-Mendoza's acts of trademark infringement and unfair competition. Taking the allegations in the Complaint as true, default judgment is properly entered against UPC. Second, the attorneys' fees request is adequately supported. Judge Tse previously ordered Berk Street to provide a supplemental filing in support of its attorneys' fees request. (Dkt. No. 160.) Berk Street complied, and submitted detailed invoices on September 29, 2026. (*See* Dkt. No. 161.) UPC did not lodge any objection at that time. The supplemental submission sufficiently supports Berk Street's request for attorneys' fees, which are reasonable and appropriate. The Court therefore finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, Berk Street's Motion for Default Judgment (Dkt. No. 152) is **GRANTED**.[1] Default judgment shall follow against UPC in the amount of $769,277.22 (consisting of $669,856.47 in damages and $99,420.75 in attorneys' fees). Additionally, UPC, its agents, officers, servants, employees, successors and/or assigns, and all persons or companies in active concert or participation with UPC, are **PERMANENTLY ENJOINED** from (1) using the trademarks "Bravo Personal Care," "Bravo," or any similar trademark; (2) representing that UPC or Bravo Personal Care LA is a "branch" of Berk Street; or (3) implying that UPC or Bravo Personal Care LA are sponsored by, endorsed by or in any way associated with Berk Street.

**IT IS SO ORDERED.**

Dated: November 6, 2026

RITA F. LIN
United States District Judge

[1] The associated filings in Docket Nos. 151 and 153, which are currently gaveled in the docket, shall be terminated accordingly.